# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                                 PLAINTIFF

v.                          NO. 4:13CR00249-01 JLH

PETER DANIEL BAKICH                                                 DEFENDANT

## ORDER

On August 28, 2013, United States Magistrate Judge H. David Young appointed Assistant Federal Public Defender Justin T. Eisele to represent defendant Peter Daniel Bakich in this matter. Attorney William J. Stanley filed an entry of appearance as retained counsel in this case on October 30, 2013.

IT IS HEREBY ORDERED that William J. Stanley is hereby substituted as counsel of record for defendant Peter Daniel Bakich, and Justin T. Eisele is relieved from any further representation of defendant in this matter.

IT IS SO ORDERED this 18th day of November, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE